UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CLAUDIA VICTORIANO and HUGO CANDIA,

                Plaintiffs,

-v.-

YONISKI AMSTERDAM LLC, *doing business as Holy Schnitzel*, and HISKI MIEROV,

                Defendants.

22 Civ. 6203 (KPF)

ORDER

---

KATHERINE POLK FAILLA, District Judge:

        On December 20, 2022, the Court was informed that the parties have reached a settlement in this case. (Dkt. #15). Accordingly, the parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before **January 20, 2023**, for this Court's review in accordance with the FLSA and Second Circuit law. *See, e.g., Cheeks* v. *Freeport Pancake House*, 796 F. 3d 199 (2d Cir. 2015). The Clerk of Court is directed to terminate all pending motions and adjourn all remaining dates.

        SO ORDERED.

Dated:  December 21, 2022
             New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge