

MEMO ENDORSED

January 20, 2023

**VIA ECF**
Hon Katherine P. Failla
Southern District of New York

      Re:    Victoriano et al. v. Yoniski Amsterdam LLC
               Civil Case No.: 1:22-CV-06203

___

Honorable Judge Failla:

      Our office represents Plaintiff in the above-referenced matter. We write to request a brief adjournment of the Cheeks motion that is due today, January 20, 2023. The parties respectfully request an additional (2) two weeks to file the motion.

We thank the Court for its attention to this matter.

                                    Respectfully submitted,
                                    **STILLMAN LEGAL, P.C.**

                                    /s/Lina Stillman
                                    *Counsel for Plaintiff*

The Court does not appreciate that the parties waited until the briefing deadline to request this extension.  But because the parties have otherwise respected the Court's deadlines in this matter, the application is GRANTED.  The parties shall file their Cheeks motion and accompanying papers on or before **February 3, 2023**.  No further extension requests will be granted.

The Clerk of Court is directed to terminate the motion at docket entry 17.

Dated:    January 23, 2023
          New York, New York

                                        SO ORDERED.

                                        *Katherine Polk Failla*

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE